In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-541 CV


____________________



RANDY RAINWATER, Appellant



V.



CAROL WEYLE, Appellee






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 03-03-02028-CV






MEMORANDUM OPINION (1)


 This appeal, which we abated on March 25, 2004, is hereby reinstated. The
appellant's motion to continue the abatement is denied.

 On February 12, 2004, we notified the parties that the order signed by the trial
judge did not appear to be a final order. Subject to certain statutory exceptions not
applicable in this case, only final judgments are appealable. Tex. Civ. Prac. & Rem.
Code Ann. §§ 51.012, 51.014 (Vernon 1997 & Supp. 2004). The order did not contain
unmistakable language of finality. See Lehmann v. Har-Con Corp., 39 S.W.3d 191, 206
(Tex. 2001). The appeal is dismissed for lack of jurisdiction.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered July 1, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.